IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: JASON CARL DYSON ) | |
| ) | Bankruptcy Case No. 17-4820 |
| Debtor, ) | |
| ) | |
| _____ ) | |
| ) | |
| JASON CARL DYSON, ) | |
| ) | |
| Plaintiff, ) | Misc. Act. No. 1:21-mc-002-TFM |
| ) | |
| v. ) | |
| ) | |
| NEWREZ, LLC d/b/a SHELLPOINT ) | Adversary Case. No. 20-1053 |
| MORTGAGE SERVICING, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION AND ORDER

On February 24, 2021, the Bankruptcy Judge entered a report and recommendation which recommends the order of reference as to Adversary Proceeding No. 20-1053 be withdrawn. *See* Doc. 1-1. On March 2, 2021, the Court notified that parties that any objections should be filed on or before March 16, 2021. *See* Doc. 2. No objections were filed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Bankruptcy Judge is **ADOPTED**. Accordingly, the order of reference as to Adversary Proceeding No. 20-1053 is withdrawn.

**DONE** and **ORDERED** this 19th day of March, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE